UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                                      CASE NO. 9:11-bk-01787-BSS

MICHAEL GRANGE,

___DEBTOR._____/

## DEBTORS MOTION TO DETERMINE SECURED STATUS OF CITIMORTGAGE, INC. AND TO STRIP LIEN EFFECTIVE UPON DISCHARGE

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within thirty (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602-3899, and serve a copy on the movant's attorney, Timothy W. Gensmer, P.A., 2831 Ringling Blvd, Suite 202-A, Sarasota, Florida 34237.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

       **COMES NOW, MICHAEL GRANGE**, by and through their undersigned counsel, and files this Motion to Determine Secured Status of CitiMortgage, Inc. and to Strip Lien Effective Upon Discharge pursuant to 11 U.S.C. §506, and state as follows:

       1.     The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on January 31, 2011.

2. The Debtors owns real property (the "Real Property") located at 23124 Utica Ave., Port Charlotte, FL 33980-8540 and more particularly described as follows:

> Lot 11, Block 1298, Port Charlotte Subdivision, Section 13, a Subdivision according to the plat thereof as recorded in Plat Book 5, Pages 2A thru 2G, OR 951, Page 409, of the Public Records of Charlotte County, Florida.

3. The Real Property is encumbered by two mortgages:

   a. CitiMortgage, Inc., account number #XXXX1554, holds the first mortgage recorded on September 30, 2005 at Official Records Book 2818, Page 0624 of the official records of Charlotte County, Florida and has filed Claim No.10-1 in the amount of $192,114.09.

   b. CitiMortgage, Inc., account number #XXXX7445, holds the second mortgage recorded on January 9, 2007 at Official Records Book 3095, Page 1163 of the official records of Charlotte County, Florida and has a balance due of $70,080.02 pursuant to the account statement attached hereto as Exhibit "A".

4. Based on the 2010 Tax Collectors assessed value, attached hereto as Exhibit "B", the value of the Real Property is $128,863.00.

5. Accordingly, CitiMortgage, Inc.'s second mortgage is completely unsecured.

WHEREFORE, the Debtors respectfully request that this Court enter an order: (a) granting the Motion; (b) determining the value of the Real Property to be $128,863.00; (c) determining that CitiMortgage, Inc.'s claim shall be treated as an unsecured claim; (d) voiding the mortgage lien of CitiMortgage, Inc.; and (e) granting such other and further relief as the Court deems appropriate.

## DECLARATION OF DEBTORS

I, **MICHAEL GRANGE,** hereby certify that the foregoing information is true and correct to the best of my knowledge, information and belief.

_____
**MICHAEL GRANGE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 15th day of June, 2011 by either electronic transmission or by U.S. Mail postage prepaid to the following: US Trustee's Office, 501 E. Polk Street, Suite 1200, Tampa, FL 33602; Jon Waage, Chapter 13 Trustee, PO Box 25001, Bradenton, FL 34206-5001; CitiMortgage, Inc., Law Offices of Daniel C. Consuegra, c/o Steve Tran, 9204 King Palm Drive, Tampa, FL 33619-1328; CitiMortgage, Inc., PO Box 6006, The Lakes, NV 88901-6006; CitiMortgage, Inc., 1000 Technology Drive, O'Fallon, MO 63304; CitiMortgage, Inc., PO Box 9438, Gaithersburg, MD 20898-9438 and CitiMortgage, Inc., c/o CT Corporation System, Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324.

**TIMOTHY W. GENSMER, P.A.**

_____
TIMOTHY W. GENSMER, ESQ
2831 Ringling Blvd., Suite 202-A
Sarasota, FL 34237
(941) 952-9377 Telephone
(941) 954-5605 Fax
timgensmer@aol.com Email
FL Bar No. 586242
Attorney for Debtor

## Account Information

Statement Date: 02/15/10
Property Address: 23124 UTICA AV
PORT CHARLOTTE FL 33980

ACCOUNT NUMBER: 0771319744-5

| | |
|---|---|
| Type of Mortgage | FIXED RATE LOAN |
| Principal Balance | $70,080.02 |
| Interest Rate | 4.00000% |
| Interest Year to Date | $0.00 |
| Modified Deferred Balance | $3,674.67 |

Page 1 of 2

## CitiMortgage 

Take command of your mortgage - Visit Today!
www.citimortgage.com

 Customer service 1-866-427-6473*
*Calls are randomly monitored and recorded to ensure quality service.

Would you like an easier way to make your mortgage payment?
Sign up for E-Z Pay today.

SIS0071D-264010462010AA01-02/15/10-8-005340-1

MICHAEL GRANGE
23124 UTICA AVE
PT CHARLOTTE FL 33980-8540

## Account Activity

| | PAYMENTS RECEIVED | CURRENT PAYMENT DUE |
|---|---|---|
| Date | | 02/28/10 |
| Principal | | $117.66 |
| Interest | | $231.66 |
| Total Mortgage Payment | | $349.32 |
| Late Charge | | $167.60 |
| Past Due Amount | | $1,746.60 |
| **Total Amount** | | **$2,263.52** |

You must pay the full amount due today. Call our office at 1-800-723-7906.

For routine questions regarding the servicing of your mortgage loan, please call our Customer Service department at 1-800-283-7918.

If you have a complaint or concern that you have been subjected to unfair lending practices in relation to a mortgage loan or other financial product or service that you obtained through our company or a third party, please call our Fair Lending Hotline at 1-866-309-1054.

Per your modification agreement, deferred amounts are due in full at time of voluntary loan payoff or maturity of your loan.

Net mortgage interest paid in 2009: $2,216.52.

## Monthly Highlights 

CitiMortgage.com is your source for the latest interest rates and valuable tools for refinancing or purchasing a new home! Visit citimortgage.com today.

CMI-SSREG-1009

---

**Detach and return the bottom portion with payment.** Retain the top portion for your records.

Account Number: 0771319744-5

MICHAEL GRANGE

Please designate how you want us to apply any additional funds. Undesignated funds first pay outstanding late charges and fees, then principal. Once paid, additional funds cannot be returned.

☐ Please check box to indicate mailing address/phone number changes and enter on reverse side.
Include account number on check and make payable to:



CITIMORTGAGE, INC.
PO BOX 6006
THE LAKES NV 88901-6006

*2nd Mrtg.*

| | Due Date: 02/28/10 | Total Amount Due: $2,263.52 |
|---|---|---|
| See detail below: | | |
| Additional Principal: | $ | |
| Additional Escrow: | $ | |
| If payment received after: 03/16/10 Add late charge of: $20.95 | $ | |
| Additional Monthly Payment: | $ | |
| Total Amount Enclosed | $ | |

Please do not send cash. Please allow 7 to 10 days for postal delivery.
To ensure timely processing of your mortgage payment, please use the enclosed envelope and coupon. Do not include account inquiries with your payment.

0077131974451 0000034932 0000228447 0000226352

Exhibit _____

## E-Z Pay Authorization Agreement

Your enrollment in E-Z Pay will be confirmed in writing at least 10 days prior to your first debit.

1. Check One: ☐ Please debit my Checking Account (Attach a voided check)
   ☐ Please debit my Savings Account (Attach a deposit slip)

   Financial Institution Account # to be debited: _____

2. Financial Institution _____

   Financial Institution Address _____

   Signature of Financial Institution Account Holder _____

   Date _____

3. Mortgage Account # _____

4. You may choose to have your payment deducted on your due date or up to 15 days after the payment due date.

   **No Fee Circle:** Due Date 1day 2day 3day 4day 5day 6day 7day 8day
   **$10.00 Monthly Fee Circle:** 9day 10day 11day 12day 13day 14day 15day

   Additional Principal Per Month (Optional) $ _____
   Additional Escrow per Month (Optional) $ _____

Please complete/sign this form and return it along with a voided check or deposit slip to: CitiMortgage, Inc., PO Box 6279, Sioux Falls, SD 57117

By signing above you are authorizing CitiMortgage, Inc. to automatically debit your account designated above for the amount of your total monthly mortgage payment. You understand that the debit amount may vary due to changes in your monthly payment (e.g., fees, escrow change, adjustable rate mortgage). CitiMortgage will provide you with written notice at least 10 days prior to any change in the debit amount. CitiMortgage is authorized to debit your account until they receive a written letter, signed by you, 4 days prior to the cancellation date. CitiMortgage can cancel this Agreement at its option or if 2 or more bank returns are received in 6 months. The monthly automatic debit will continue if you refinance with your existing CitiMortgage/Citibank lender unless you notify us to discontinue the service.

---

## Important Information To Help Us Serve You Better

### Phone Numbers

*Calls are randomly monitored and recorded to ensure quality service.

**Customer Service**
1-800-283-7918*
Monday-Friday
7:00 a.m.-12:00 Midnight ET
Saturday
8:00 a.m.-7:00 p.m. ET
Sunday
12:00 p.m.-11:00 p.m. ET

**Collections**
1-800-723-7906
Monday-Thursday
8:00 a.m.-11:00 p.m. ET
Friday
8:00 a.m.-7:00 p.m. ET
Saturday
8:00 a.m.-1:00 p.m. ET

©2010 CitiMortgage, Inc. CitiMortgage, Inc. does business as Citicorp Mortgage, Inc. in NM. CitiMortgage, Inc. is an equal housing lender. Fixed Rate Home Equity Loans and Home Equity Lines of Credit are made available through Citibank, N.A., equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup, Inc.

### Addresses

Please be sure to write your account number on your correspondence.

**Regular Payments**
CitiMortgage, Inc.
PO Box 6006
The Lakes, NV 88901

**Air Express Payments**
CitiMortgage, Inc.
Attn: Payment Mail Opening
8725 West Sahara Ave.
Las Vegas, NV 89117

**Insurance Claim Center**
CitiMortgage, Inc.
PO Box 8855
Springfield, OH 45501-8855

**Property Insurance Correspondence**
CitiMortgage, Inc.
PO Box 7706
Springfield, OH 45501

**Tax Bills**
CitiMortgage, Inc.
PO Box 23689
Rochester, NY 14692

**Assumption Inquiries**
CitiMortgage, Inc.
Mail Stop 0305
100 Galleria Officentre, Suite 300
Southfield, MI 48034-8409

**Account Inquiries/Credit Bureau Disputes**
CitiMortgage, Inc.
PO Box 9438
Gaithersburg, MD 20898-9438

**Air Express Correspondence**
CitiMortgage, Inc.
5280 Corporate Drive MC 0251
Frederick, MD 21703

### Website

Visit www.citimortgage.com today!
View and pay your mortgage online. Sign up for free eAlerts to make managing your mortgage easy.

### Customer Service

By calling 1-800-283-7918, you may access automated account information, make requests for documents, and initiate transactions by using your Mortgage Account Number. This automated system allows you greater convenience by being available during and outside normal business hours. In addition, Customer Service Representatives are available Monday through Friday between the hours of 7:00 a.m. and 12:00 Midnight ET, Saturday between the hours of 8:00 a.m. and 7:00 p.m. ET and Sunday between the hours of 12:00 p.m. and 11:00 p.m. ET.

For Residential Customers Only: PURSUANT TO § 6 OF RESPA, A "QUALIFIED WRITTEN REQUEST" REGARDING THE SERVICING OF YOUR LOAN MUST BE SENT TO THIS ADDRESS: CITIMORTGAGE, INC., ATTN: CUSTOMER RESEARCH TEAM, PO BOX 9442, GAITHERSBURG, MD 20898-9442. A "qualified written request" is written correspondence, other than notice on a payment coupon or statement, which includes your name, account number and the reason(s) for the request.

### Mortgage Options

1-800-MORTGAGE (667-8424)
Call 1-800-MORTGAGE today for all your refinancing or new home loan needs, or visit www.citimortgage.com for more information regarding CitiMortgage products. We're here to help you find the best mortgage solution!

### Payment Information

**Online Payments:** You can make payments online or sign up for these payment programs by visiting www.citimortgage.com.

**E-Z Pay:** Your mortgage payments can be withdrawn automatically from your bank.

**Phone Payments:** Call 1-800-283-7918 to authorize immediate payment using funds directly from your checking account for a nominal fee. For greater convenience, phone payments can be made through our automated system by pressing option 2 after entering your Mortgage Account Number. Simply follow the prompts to complete your payment.

**Payoff:** To request a payoff statement showing the total amount due and instructions for remitting the payoff funds please call 1-800-283-7918* and select Option 4.

**The BiWeekly Advantage℠ Plan:** You could pay your mortgage off sooner and save thousands of dollars in interest through periodic drafting. Call 1-866-274-5462* for more information. An enrollment fee will apply. A nominal transaction fee will apply with each draft. Please refer to the Terms and Conditions on our website, www.citimortgage.com/biweeklyadvantage.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

---

## Address & Phone Number Changes

Be sure to check box on reverse. Please print.

FIRST NAME _____

MI _____ LAST NAME _____

NEW MAILING ADDRESS _____

CITY _____ STATE _____ ZIP _____

NEW HOME PHONE _____ NEW WORK PHONE _____

ADD/UPDATE E-MAIL ADDRESS _____

HAVE YOU TRANSFERRED OWNERSHIP OF YOUR PROPERTY? ☐ YES ☐ NO

**VICKIE L. POTTS**
CHARLOTTE COUNTY TAX COLLECTOR

**NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 402224304011 | | SEE BELOW | SEE BELOW | SEE BELOW | 104 |

2011 INSTALLMENT REAL ESTATE    10740870000    SAVE TIME PAY ONLINE @ WWW.CCTAXCOL.COM

GRANGE MICHAEL A
23124 UTICA AVE
PORT CHARLOTTE, FL  33980

23124 UTICA AVE

PORT CHARLOTTE SEC13 BLK1298 LT 11
431/735 654/1673 951/407
See Additional Legal on Tax Roll

MAILING ADDRESS:  18500 MURDOCK CIRCLE, PORT CHARLOTTE, FL 33948  941-743-1350

**AD VALOREM TAXES**

| TAXING AUTHORITY | MILLAGE RATE | (DOLLARS PER $1,000 OF TAXABLE VALUE) | | | TAXES LEVIED |
|---|---|---|---|---|---|
| GREATER CHARLOTTE LIGHTING | 0.23870 | 128,863 | 50,000 | 78,863 | 18.82 |
| CHARLOTTE PUBLIC SAFETY UNIT | 2.15510 | 128,863 | 50,000 | 78,863 | 169.96 |
| WEST COAST INLAND NAVIGATION | 0.03940 | 128,863 | 50,000 | 78,863 | 3.11 |
| SOUTHWEST FL WATER MANAGEMENT | 0.55970 | 128,863 | 50,000 | 78,863 | 44.14 |
| CHARLOTTE COUNTY SCHOOL BOARD | 7.84100 | 128,863 | 25,000 | 103,863 | 814.39 |
| ENVIRONMENTALLY SENSITIVE LAN | 0.20000 | 128,863 | 50,000 | 78,863 | 15.77 |
| CHARLOTTE COUNTY | 6.08920 | 128,863 | 50,000 | 78,863 | 480.21 |
| **TOTAL MILLAGE** | **17.12310** | | AD VALOREM TAXES | | **$1,546.40** |

**NON-AD VALOREM ASSESSMENTS**

| LEVYING AUTHORITY | RATE | AMOUNT |
|---|---|---|
| MCSA  CHARLOTTE CNTY SANITATION UNIT | | 148.04 |
| MFD1  CHARLOTTE CO FIRE RESCUE DEPT | | 150.71 |
| MGPC  GREATER PT CHARLOTTE ST&DR-MNT | | 149.00 |
| MMSU  MID-CHARLOTTE STORMWATER UTIL | | 46.53 |
| | NON-AD VALOREM ASSESSMENTS | **$494.28** |

| COMBINED TAXES AND ASSESSMENTS | $2,040.68 | See reverse side for important information. |
|---|---|---|

| If Postmarked By | Jun 30, 2011 | | ◄ IF PAID BY |
|---|---|---|---|
| Please Pay | $479.56 | | |

SAVE TIME PAY ONLINE @ WWW.CCTAXCOL.COM

Retain this portion for your records.
Walk-In Customers - Please Bring for Receipt

---

**VICKIE L. POTTS**
CHARLOTTE COUNTY TAX COLLECTOR    **NOTICE OF AD VALOREM TAXES AND NON-AD VALOREM ASSESSMENTS**

| If Postmarked By | Jun 30, 2011 | | ◄ IF PAID BY |
|---|---|---|---|
| Please Pay | $479.56 | | |

2011 INSTALLMENT REAL ESTATE    10740870000

GRANGE MICHAEL A
23124 UTICA AVE
PORT CHARLOTTE, FL  33980

23124 UTICA AVE

PORT CHARLOTTE SEC13 BLK1298 LT 11
431/735 654/1673 951/407
See Additional Legal on Tax Roll

RETURN WITH PAYMENT

**PLEASE PAY IN U.S. FUNDS** (NO POSTDATED CHECKS) **TO CHARLOTTE COUNTY TAX COLLECTOR • 18500 MURDOCK CIRCLE, PORT CHARLOTTE, FL 33948-1075**

| ACCOUNT NUMBER | ESCROW CD | ASSESSED VALUE | EXEMPTIONS | TAXABLE VALUE | MILLAGE CODE |
|---|---|---|---|---|---|
| 402224304011 | | SEE ABOVE | SEE ABOVE | SEE ABOVE | 104 |

4 10740870000 2011 7

Exhibit _____